J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
*Assistant General Counsel at Righthaven*
JOSEPH C. CHU, ESQ.
Nevada Bar No. 11082
jchu@righthaven.com
*Staff Attorney at Righthaven*
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
(702) 527-5900
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>            Plaintiff,<br><br>v.<br><br>TUFF-N-UFF PRODUCTIONS, INC., a Nevada domestic corporation; and BARRY MEYER, an individual,<br><br>            Defendants. | Case No.: 2:10-cv-0794-PMP-PAL<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

    Plaintiff, Righthaven LLC ("Righthaven"), by and through its attorneys of record, Tuff-N-Uff Productions, Inc. ("Tuff-N-Uff") and Barry Meyer ("Mr. Meyer"); collectively with Righthaven and Tuff-N-Uff known herein as the parties ("Parties"), and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate to a voluntary dismissal of all claims asserted against Tuff-N-Uff and Mr. Meyer, with prejudice, in the above-captioned matter.

Specifically, Righthaven requests voluntary dismissal with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Rule 41(a)(2) permits voluntary dismissal with prejudice "by court order, on terms that the court considers proper[1]."

On or about September 7, 2010, the Parties entered into a settlement agreement (the "Agreement"), whereby Tuff-N-Uff and Mr. Meyer shall be released from all claims of copyright infringement in the above-entitled matter, upon full compliance with the terms of the Agreement.

WHEREFORE, the Parties request this Court enter an Order dismissing the above-captioned action filed against Tuff-N-Uff and Mr. Meyer with prejudice.

Dated this 7th day of September, 2010.

IT IS SO ORDERED.

_____
DISTRICT COURT JUDGE

Dated this ____ day of _____, 2010.

Submitted by:

RIGHTHAVEN LLC                         TUFF-N-UFF PRODUCTIONS, INC.


/s/ J. Charles Coons                   _____
J. Charles Coons, Esq.                 Barry Meyer, President
9660 West Cheyenne Avenue, Suite 210   9811 W. Charleston Blvd. Ste. 2-643
Las Vegas, Nevada 89129-7701           Las Vegas, Nevada 89117
Attorneys for Plaintiff                Pro Se Defendant

---
[1] Fed. R. Civ. P. 41(a)(2).